AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Eastern District of California

FILED
Mar 13, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

SEALED

United States of America
v.

KARL ULRICH CZEKAI

*Defendant(s)*

Case No. 2:26-mj-0025 SCR

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of February 26, 2026 in the county of Sacramento in the Eastern District of California, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 875(c) | Interstate transmission of threats |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/S/
*Complainant's signature*

FBI Task Force Officer Cory T. Marks
*Printed name and title*

Sworn to me and signed via telephone.

Date: March 13, 2026

*Judge's signature*

City and state: Sacramento, California

Sean C. Riordan, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT

I, Cory Marks, having been duly sworn, state as follows:

## I. INTRODUCTION AND AGENT BACKGROUND

1. I am an Investigator/Task Force Officer with the California Highway Patrol. I am currently assigned to the FBI's Joint Terrorism Task Force (JTTF) Domestic Terrorism Squad. As a deputized federal agent, I am authorized to investigate violations of laws of the United States issued under the authority of the United States. My investigative responsibilities include violent crimes.

2. In June of 2005, I attended the California Highway Patrol Academy and graduated in November of 2005. This academy was certified by the California Commission on Peace Officer Standards and Training (POST). During this approximately six (6) month long academy, I received basic instruction in all aspects of policing which included but was not limited to: investigation, interviewing, criminal law, arrest procedures, firearms, arrest control, and police tactics. Upon assignment to the FBI JTTF I was provided two weeks of training at the FBI Academy in Quantico, VA.

3. Since November of 2005 to present, I have conducted, as well as participated in, no less than one hundred (100) preliminary criminal investigations, including but not limited to: offenses involving both domestic and internation terrorism, such as threats to public officials, insurrection, bombings, material support to terrorism, as well as both felony and misdemeanor law violations. During these investigations, I conducted interviews with victims, witnesses, and suspects and have made numerous arrests as a result.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

5. Where statements made by other individuals are referenced in this Affidavit, such statements are described in sum and substance and in relevant parts only. Similarly, where information contained in reports and other documents or records is referenced in this Affidavit, such information is also described in sum and substance and in relevant parts only.

6. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that Karl Ulrich Czekai has violated 18 U.S.C. § 875(c) – interstate threats, on or about February 26, 2026.

7. The FBI is investigating an on-going incident beginning February 10, 2026. Karl Ulrich Czekai, is posting messages/stories to the Instagram (IG) account *czekaistudios* in the Stories section and the Facebook (FB) account *Karl Ulrich Czekai* in the stories section, which contain threats to the wife of Karl Ulrich Czekai and to a family court judge in the State of Oklahoma.

**PROBABLE CAUSE**

8. Karl CZEKAI, using Facebook account Karl.Czekai and Instagram account @czekaistudio, is threatening acts of violence to Oklahoma City Family Court Judge VICTIM 1.

## I. In family court proceedings in Oklahoma, Judge VICTIM 1 issues a protective order to VICTIM 2 against CZEKAI.

9. CZEKAI is currently separated from his wife, VICTIM 2, and does not have custody of their child. On or about July 12, 2025, VICTIM 2 reported that she moved to Oklahoma, with their child, to get away from CZEKAI. Once in Oklahoma, VICTIM 2 filed for a protective order against CZEKAI. According to the protective order application, CZEKAI has held guns up to VICTIM 2 and threatened to shoot her multiple times. The application also alleges that, on or about July 8, 2025, CZEKAI held a gun and pointed it at VICTIM 2 and then placed a second gun in VICTIM 2's hand and forced her to point that gun at him. CZEKAI then told VICTIM 2 to count to 30 and pull the trigger. If she did not comply, CZEKAI said he

would shoot her. The order was granted by Judge VICTIM 1 on July 14, 2025. CZEKAI was also ordered to immediately surrender all firearms within his possession. CZEKAI has violated the protective order on two occasions both resulting in police reports and presently has two arrest warrants out of Oklahoma for violation(s) of the court order. The warrant includes a caution statement, which indicates "Violent Tendencies." On March 11, 2026, Judge VICTIM 1 confirmed the restraining order is still in effect.

10. Since on or about July 14, 2025, Judge VICTIM 1 has been presiding over the issuance of the protective order and ruled in favor of VICTIM 2. The next scheduled hearing in these proceedings is currently set for on or about March 19, 2026. CZEKAI has been ordered to appear in person before Judge VICTIM 1 on that date.

11. After Judge VICTIM 1 issued the protective order, CZEKAI voiced his anger at the Judge and his ex-wife through social media posts and has posted visual and text-based violent threats which include:

- Images of his avatar pointing a gun at a sitting judge with FAMILY COURT signage on the bench;
- Text threatening the judge that she will no longer be safe, "Hello, judge [VICTIM 1] of the Oklahoma City Courthouse remember me...the comfort of your title, the security of your robe, the certainty of your authority - all of that is about to be tested;"
- Text warning that time is of the essence, "tick tock, Your Honor. You will be the first to set the example. I'm going to diss you publicly. to show future judges, and lawyers I'm not fucking around;"
- Text advising he does carry a gun, "Updated the gun to something more of what I would carry. I only carry a .45 and I'm definitely a 1911 guy;"
- Text indicating he feels "fucked over by those cockroaches;"
- Text indicating he is fed up and ready to follow through, "This is the breaking point. This is him saying: enough is enough."

12. CZEKAI currently has 13 guns registered to his name, which include eight pistols, four rifles and one shotgun. There is no indication CZEKAI has surrendered his firearms, as Judge VICTIM 1 ordered. CZEKAI is expected to soon travel to Oklahoma to attend the scheduled March 19, 2026 hearing before Judge VICTIM 1.

## II. Examples of threatening statements CZEKAI has made against Judge VICTIM 1

13. Starting no later than February 10, 2026, at 1:30am PST, messages/stories were posted to the Instagram (IG) account *@czekaistudios* in the Stories section and the Facebook (FB) account *Karl Ulrich Czekai* in the stories section, which are both known to be used by CZEKAI. Many of these imagines have been sent to investigators from VICTIM 2, who is familiar with CZEKAI and his social media accounts and confirmed both of these accounts are controlled by CZEKAI. Several examples are included below.

///

///

///

///

///

///

///

///

14. The below Instagram post sent to investigators on February 12, 2026, includes an image of the profile of a white male adult with, with glasses and a beard which resemble CZEKAI with an image on his mind/his thoughts of his avatar pointing a gun at a sitting judge in his robe holding a gavel at a bench with a label reading FAMILY COURT. The caption of the photo includes: "It's about anyone who's ever felt trapped inside their own head. Anyone fighting thoughts they didn't ask for. Anyone waking up already exhausted from battle that never ended. We all have demons to face. We all fight wars no one else can see. This is the battle in our minds."



15. The below image posted to Instagram on February 21, 2026, and shows the previous post has been altered. The judge seated behind the bench as been altered to resemble a female with darker hair and glasses, which closely resembles Judge VICTIM 1.



16. The below Instagram post, sent to investigators on February 12, 2026, contains only text which reads: “Hello, judge [VICTIM 1] of the Oklahoma City courthouse remember me. You sit high above others, holding a gavel in your hand, deciding who wins, who loses, who walks away... and who leaves shattered. For years, you've convinced yourself it's justice. That the tears, the broken families, the sleepless nights you've handed out were simply part of the job. But have you ever stopped to wonder what it feels like to stand on the other side of that bench? You've made a career out of altering lives with a single sentence. Now the scales are shifting. The comfort of your title, the security of your robe, the certainty of your authority - all of it is about to be tested. When the spotlight turns and the judgement is no longer yours to give... will you still believe in the system you upheld? Tick tock Your Honor. You will be the first to set the example. I'm going to diss you publicly. to show future judges, and lawyers I'm not fucking around.”



17. The below Instagram post, sent to investigators on February 12, 2026, features an image of CZEKAI's avatar holding a gun and an image closely resembling CZEKAI'S wife, VICTIM 2. The text below the image reads as follows: "Updated the gun to something more of what I would carry. I only carry a .45 and I'm definitely a 1911 guy. Also, I would like to thank everyone who is following my fan page. It definitely starts to rise a lot faster now, especially after posting album covers pointing guns at judges. It's amazing how many people hate those people or should I say how many people have been fucked over by those cockroaches."



### III. Examples of additional threats against VICTIM 2 and others

18. CZEKAI has also made additional threatening statements against VICTIM 2 and others.

19. The below capture was shared with VICTIM 2 on September 5, 2025. In this video (screenshotted here), CZEKAI is holding one of his firearms and is speaking to the camera. CZEKAI makes several statements in the video, which appear to be directed at VICTIM 2. These statements include saying, "you know, if you call the police on me, I'm not going down. I'm not going to prison, I'll hold court in the fucking streets, you know that. If that's what you want, then do it." CZEKAI then shows a pistol and says, " I'm ready to go right here, right now."



20. On or about March 6, 2026, CZEKAI posted a message that appears to be directed at VICTIM 2 and VICTIM 3. He wrote, ". . . I am the type of person that will cut your fucking tongue out literally" and threatened that, "It's a fight to the death and I will fucking kill you. don't ever fucking step to me again. because I know where you fucking live you dummy. don't make me go to Oklahoma. cause I'll show you what the fuck is up cause I ain't got shit to lose no more. i'm ready to go right here right fucking now."



Shortly thereafter, CZEKAI posted again. In this post, he addresses VICTIM 3 and claims to know where he/she works. CZEKAI goes on to state about his/her job that, "Sounds like a dangerous job. You never know what kind of person is gonna walk in. Trust me, I know more about you than you think. Didn't your mama ever teach you not to fuck with someone who has nothing to lose? and yeah, I see that the police watch my stuff and guess what I don't give a fuck punk ass pussy bitches. fuck the police. it must suck knowing you can't do shit."



## IV. 18 U.S.C. § 875(c) – Interstate Threats, on or about February 26, 2026

21. On or about February 26, 2026, CZEKAI again posted the graphic showing his avatar pointing a gun at Judge VICTIM 1 on his Instagram account. In a new caption, CZEKAI responds to criticism he received of the graphic, specifically, that it is as "inappropriate" and "it is not acceptable to aim firearms at judges." Rather than retract his earlier statements and graphic, he re-posted the same graphic and stated he wanted his targets to "understand their vulnerability."



**CONCLUSION**

22. For the reasons stated above, there is probable cause to believe that Karl Ulrich Czekai violated 18 U.S.C. § 875(c) on or about February 26, 2026.

Respectfully submitted,

/S/

Cory T. Marks
FBI Task Force Officer
Federal Bureau of Investigation

Subscribed and sworn to me before me over the telephone pursuant to Fed. R. Crim. P. 4.1 and 4(d) on: March 13, 2026

The Honorable Sean C. Riordan
UNITED STATES MAGISTRATE JUDGE

Approved as to form by:

/s/ *Elliot C. Wong*

AUSA Elliot C. Wong

**United States v. KARL ULRICH CZEKAI**
**Penalties for Criminal Complaint**

**COUNT 1:**

VIOLATION: 18 U.S.C. § 875(c) – Interstate transmission of threats

PENALTIES: A maximum of up to 5 years in prison;
Fine of up to $250,000; or both fine and imprisonment
Supervised release of up to 3 years

SPECIAL ASSESSMENT: $100 (mandatory on each count)