MEGAN T. HOPKINS, SBN 294141
Law Office of Megan T. Hopkins
916 2nd Street, 2nd Floor
Sacramento, CA 95814
Tel: 916-220-5520
Email: Law.Office.MTH@gmail.com

Attorney for Defendant
KARL ULRICH CZEKAI

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>KARL ULRICH CZEKAI,<br>Defendant. | CASE NO. 2:26-CR-00039-WBS<br>**STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER**<br>DATE: August 31, 2026<br>TIME: 10:00 a.m.<br>COURT: Hon. William B. Shubb |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on August 31, 2026.

2. By this stipulation, defendant now moves to continue the status conference until November 9, 2026, at 10:00 a.m., and to exclude time between August 31, 2026, and November 9, 2026, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes over 500 pages of investigative reports and other documents, as well as numerous pictures and video. All of this discovery has been either produced directly to counsel and/or made available for inspection and copying.

b) Counsel for the defendant has lodged additional discovery requests that the government is preparing to respond to.

c) Counsel for defendant desires additional time consult with her client, review the current charges, conduct investigation and research related to the charges, review discovery for this matter, discuss potential resolutions with her client, and otherwise prepare for trial.

d) Counsel for defendant believes that failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

e) The government does not object to the continuance.

f) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

g) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of August 31, 2026 to November 9, 2026, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated: August 25, 2026

*<u>/s/ Megan T. Hopkins</u>*
MEGAN T. HOPKINS
Attorney for KARL ULRICH CZEKAI

Dated: August 25, 2026

ERIC GRANT
United States Attorney

/s/ ELLIOT WONG
ELLIOT WONG
Assistant United States Attorney

**ORDER**

IT IS SO FOUND AND ORDERED.

Dated: August 26, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE